UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

DARRELL WILLIAM PATTEN,           )
                                  )    6:  14-cv-01607-JO
        Petitioner,               )
                                  )
    v.                            )
                                  )    ORDER TO DISMISS
STATE OF OREGON,                  )
                                  )
        Respondent.               )
_____)

JONES, District Judge.

   Plaintiff's Motion to Voluntarily Dismiss [20] this habeas corpus action without prejudice is GRANTED.

   IT IS SO ORDERED.

   DATED this 18th day of December, 2014.

                              _____
                              Robert E. Jones
                              United States District Judge

1 - ORDER TO DISMISS